PROB 12C
(7/93)

Report Date: July 6, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gary S Harmas    Case Number: 2:07CR06022-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 2/7/2008

Original Offense:     Wire Fraud, 18 U.S.C. § 1343

Original Sentence:    Prison - 27Months;              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Aine Ahmed                      Date Supervision Commenced: 3/17/2010

Defense Attorney:     Alex B. Hernandez, III          Date Supervision Expires: 3/16/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.<br><br>**Supporting Evidence**: Mr. Harmas has failed to make any restitution payments since February 29, 2012. He has failed to respond to inquires and instructions from the U.S. Attorney Office's Financial Litigation Unit. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Harmas has failed to submit a monthly report for the months of April, May, June and July 2012. |
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Prob12C
Re: **Harmas, Gary S**
July 6, 2012
Page 2

<u>Supporting Evidence</u>: Mr. Harmas failed to report to the U.S. Probation Office on June 25, 2012, as instructed by the probation officer. Mr. Harmas has failed to provide financial documentation to to the U.S. Attorney Office's Financial Litigation Unit as instructed by the probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Curtis G. Hare

07/06/2012

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

7/10/12

Date