PROB 12B
(7/93)

Report Date: June 6, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 6 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gary S Harmas                Case Number: 2:07CR06022-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 2/7/2008            Type of Supervision: Supervised Release

Original Offense: Wire Fraud, 18 U.S.C. § 1343 Date Supervision Commenced: 9/7/2012

Original Sentence: Prison - 27 Months; TSR - 36   Date Supervision Expires: 7/6/2015
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

23      While on Supervised Release, restitution is payable on a monthly basis of not less than 10% of your
        monthly earnings.

### CAUSE

Mr. Harmas is currently undergoing the disability application process and is unable make the court ordered restitution payments of $450 per month. It is requested the payment condition be modified to reflect a standard payment of 10% per month. A signed Waiver of Hearing to Modify Conditions of Supervised Release is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Curtis G. Hare
                _____

                06/06/2013
                _____

                Curtis G. Hare
                U.S. Probation Officer

Prob 12B
**Re:  Harmas, Gary S
June 6, 2013
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

June 6, 2013
_____
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 6 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

### Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

23   While on Supervised Release, restitution is payable on a monthly basis of not less than 10% of your monthly earnings.

Witness: _____        Signed: _____
Curtis G. Hare                                            Gary S Harmas
U.S. Probation Officer                              Probationer or Supervised Releasee

5-28-13
Date